No. 67846.—IB Bolt Jorgensen, Inc. *v.* United States, protest 63/6009 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67847.—Curt L. Sterner Co., Inc., et al. *v.* United States, protests 61/7887, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v *United States* (47 Cust. Ct. 112, C.D. 2289) or *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 20, 1963

No. 67848.—Rex-Spanall, Inc., and Universal Builders Supply Co., Inc. *v.* United States, protests 62/8885 and 60/28610 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiffs was sustained.